Socony-Vacuum Oil Company, Incorporated, et al., Respondents, *v.* The City of New York et al., Appellants.

(Argued November 20, 1936; decided December 4, 1936.)

*Paul Windels, Corporation Counsel (Sol Charles Levine, Oscar S. Cox, Robert Granville Burke* and *Frank J. Derrick* of counsel), for appellants.

*Charles Pratt Healy* and *Stafford Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: CROUCH, J.